UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2453** |
| **JAMES LEBLANC** | **SECTION "A" (2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Andrew Wetzel is **DENIED** leave to file this 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his conviction in St. Tammany Case No. 472,552, and this matter be **CLOSED** by the Clerk of Court

New Orleans, Louisiana, this 4th day of AUGUST, 2023.

_____
UNITED STATES DISTRICT JUDGE